*ntcdsm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
Joanna M. Leonard

xxx−xx−7946  
1 Collins Street  
Amsterdam, NY 12010

)  
)  
)  
)Case Number: 12−61174−6−dd  
)  
)  
)  
)  
)  
)Chapter: 13  
)

NAME/ADDRESS OF ATTORNEY FOR DEBTOR  
 Stephen T. Rodriguez  
Rodriguez & Associates, PLLC.  
100 West Avenue  
Saratoga Springs, NY 12866−2141  
Telephone number:  518 581−8441

NAME/ADDRESS OF TRUSTEE  
Mark W. Swimelar  
250 South Clinton Street  
Suite 203  
Syracuse, NY 13202  
Telephone number:  (315) 471−1499

# NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on September 18, 2017 , dismissing the above captioned chapter 13 petition without prejudice.

Date: 9/18/17

*FOR THE COURT*

KIM F. LEFEBVRE  
Clerk of the Bankruptcy Court